# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Antoine C Green, Sr | : | |
| Debtor(s) | : | Bky. No. 22-12932-AMC |

## O R D E R

AND NOW, WHEREAS 11 U.S.C. §109(h)(1) requires that an individual may not be a debtor in a bankruptcy case unless, within the 180 day period before the filing of the bankruptcy petition, the individual has received an individual or group briefing from an approved nonprofit budget and credit counseling agency as described in 11 U.S.C. §111(a), it is hereby

ORDERED that the above captioned bankruptcy case is **DISMISSED** for failure to obtain a timely certificate of credit counseling

Dated: November 9, 2022

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**